**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:91−cr−00367
                                                             Honorable John Z. Lee

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 31, 2017:

      MINUTE entry before the Honorable John Z. Lee:As to Joseph Burgos. Motion hearing held on 10/31/17. Defendant appeared without counsel. For the reasons stated on the record, Defendant's motion requesting permission to travel outside the United States [132] is denied, with leave to refile. The government reports that the Defendant has not made any payments towards his judgment. Defendant contends that the obligation is now void. The parties are directed to discuss this issue and raise any disputes with the Court.Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.